FILED

AUG 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANTOS ESCOBAR-TORRES, a.k.a. Santos Escobar, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 12-72841 <br><br> Agency No. A089-859-595 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 1, 2013[**]

Before:     GRABER, WARDLAW, and PAEZ, Circuit Judges.

Santos Escobar-Torres, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying withholding of removal and relief

under the Convention Against Torture ("CAT"). We have jurisdiction under 8

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We review factual findings for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's decision that there is an absence of changed or extraordinary circumstances to excuse the untimely filing of Petitioner's asylum application.  *See* 8 C.F.R. § 1208.4(a)(4)-(5).

Substantial evidence also supports the BIA's finding that there is no nexus between Petitioner's fear of future harm and a protected ground.  *See Delgado-Ortiz v. Holder*, 600 F.3d 1148, 1151-52 (9th Cir. 2010); *Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010).

Finally, substantial evidence supports the denial of CAT relief, because Petitioner failed to establish that it is more likely than not that he would be tortured if he returns to El Salvador.  *See Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).

**PETITION FOR REVIEW DENIED**.